UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **VIRGIE BERTRAND** | **CIVIL ACTION NO. 22-cv-4860** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA** | **MAGISTRATE JUDGE KAY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 22] previously filed herein, and having thoroughly reviewed the record, noting the lack of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff Virgie Bertrand's failure to prosecute and abide by the orders of the court.

**IT IS FURTHER ORDERED** that this civil action may be reinstated within thirty days for good cause shown, per W.D. La. Loc. Civ. R. 41.3, with any such showing to be made in writing and filed into the record of this matter.

**MONROE, LOUISIANA**, this the 30th day of August 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE